JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FERMIN AGUAS MARQUEZ and
SERGIO AGUAS SALDANA,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
STATE (DOS); ANTONY BLINKEN,
Secretary of DOS; UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY (DHS); ALEJANDRO
MAYORKAS, Secretary of DHS;
UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES
(USCIS); UR MENDOZA JADDOU,
Director of USCIS,

Defendants.

Case No. 8:23-cv-01154-DOC-DFM

**ORDER APPROVING
STIPULATION OF DISMISSAL [16]**

The Court, having read and considered the parties' Stipulation of Dismissal,

IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiffs against Defendants, shall be dismissed with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

IT IS SO ORDERED.

Dated: August 11, 2023

_David O. Carter_

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE